KAMALA D. HARRIS
Attorney General of California
ELIZABETH S. ANGRES
Supervising Deputy Attorney General
ELIZABETH G. O'DONNELL
Deputy Attorney General, State Bar No. 162453
VLADIMIR SHALKEVICH
Deputy Attorney General, State Bar No. 173955
MATTHEW C. HEYN
Deputy Attorney General, State Bar No. 227474
   300 South Spring Street, Suite 1702
   Los Angeles, CA  90013
   Telephone:  (213) 897-2000
   Fax:  (213) 897-2810
   E-mail: Elizabeth.ODonnell@doj.ca.gov
   E-mail: Vladimir.Shalkevich@doj.ca.gov
   E-mail: Matthew.Heyn@doj.ca.gov
*Counsel for Defendants Betty Yee, Jerome E. Horton, Michael Cohen, David Serrano Sewell, and Barbara Yaroslavsky, in their official capacities, and Defendants Errol Fuller and Charlaine McKenzie, in their individual capacities*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DIVISION

| | |
|---|---|
| KEITH R. DeORIO,<br><br>      Plaintiff,<br><br>     v.<br><br>BETTY YEE, *et al.*,<br><br>      Defendants. | Case No: 2:15-cv-04793-RGK-RAO<br><br>**[PROPOSED] JUDGMENT IN A CIVIL ACTION** |

On July 25, 2016, the Court entered its order [Doc. No. 80] granting the motion for summary judgment of Defendants Betty Yee, Jerome Horton, Michael Cohen, David Sewell and Barbara Yaroslavsky [Doc. No. 49] and denying the motion for partial summary judgment of Plaintiff Keith R. DeOrio [Doc. No. 46]. On July 28, 2016, the Court entered its order [Doc. No. 81] granting the motion for summary judgment of defendants Errol Fuller and Charlaine McKenzie [Doc. No.

1

53]. The orders on the parties' motions for summary judgment have resolved all of the claims presently asserted in the above-captioned action.

Therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff Keith R. DeOrio shall recover nothing from Defendants Betty Yee, Jerome E. Horton, Michael Cohen, David Serrano Sewell, Barbara Yaroslavsky, Errol Fuller and Charlaine McKenzie.

2. Defendants Betty Yee, Jerome E. Horton, Michael Cohen, David Serrano Sewell, Barbara Yaroslavsky, Errol Fuller and Charlaine McKenzie may recover costs from Plaintiff Keith R. DeOrio by submitting a bill of costs consistent with Local Rule 54-3.

3. All claims in this lawsuit are hereby dismissed with prejudice on the merits.

Dated: August 15, 2016

*/s/ Gary Klausner*

Hon. R. Gary Klausner
United States District Judge

**SUBMITTED BY:**

KAMALA D. HARRIS
Attorney General of California

*/s/ Matthew Heyn*
Matthew C. Heyn, Deputy Attorney General
*Counsel for Defendants Yee, Horton, Cohen, Serrano Sewell, Yaroslavsky, Fuller, and McKenzie*

**CONSENT AS TO FORM OF JUDGMENT:**

FRANCESCHI LAW CORPORATION

*/s/ Ernest J. Franceschi*
Ernest J. Franceschi, Esq.
*Counsel for Plaintiff Keith R. DeOrio*

2